United States District Court
Southern District of Texas
**ENTERED**
April 25, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANK BRETT KLEPPER, | § | |
| (TDCJ-CID #575573) | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-15-3423 |
| | § | |
| WILLIAM STEPHENS, | § | |
| Respondent. | § | |

## MEMORANDUM ON DISMISSAL

The petitioner has not responded to the Respondent's Motion to Dismiss, (Docket Entry No. 6). The court's order to answer entered on January 6, 2016, required the petitioner to respond to any dispositive motion filed by the respondent within thirty days. (Docket Entry No. 4). The court's order specifically provided that "failure to file a response within thirty days shall result in dismissal of this action for want of prosecution under FED. R. CIV. P. 41(b)." The certificate of service attached to the Respondent's Motion for Summary Judgment indicates that a copy of this motion was sent to the Goree Unit, the only address on record for the petitioner. The petitioner's failure to pursue this action forces this court to conclude that he lacks due diligence.

Under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Woodson v. Surgitek, Inc.,* 57 F.3d 1406, 1417 (5th Cir. 1995); 8 J. MOORE, FEDERAL PRACTICE § 41.51(3)(b) & (e) (3d ed. 2002). Upon a proper showing, relief from this order may be granted in accordance with FED. R. CIV. P. 60(b).

This action is DISMISSED without prejudice for want of prosecution. Respondent's Motion

to Dismiss, (Docket Entry No. 6), is DENIED as moot.

SIGNED at Houston, Texas, on April 25, 2016.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE